# Exhibit E

UNISON

# UNISON HOMEOWNER AGREEMENT CLOSING INSTRUCTIONS

## I. Contact Information

| | Unison | Lender | Primary Closing Services Provider* | Additional Closing Services Provider (if any)* |
|---|---|---|---|---|
| Company Name and Address: | Unison Agreement Corp.<br>650 California St., Suite 1800<br>San Francisco, CA 94108 | QUICKEN LOANS | BCHH, INC - CA<br>181 Montour Run Road<br>Coraopolis, PA 15108 | STEWART TITLE GUARANTY COMPANY (Ca)<br>1980 Post Oak Blvd, , Suite R2B<br>Houston |
| Contact Phone: | 415-528-2761 | | 412-249-8241 | |
| Contact Email: | launa.jameson@unisonim.com | | docs@bchhinc.com | |
| Transaction ID Number: | FRX-087588 | | 18069723 | 18069723 |
| Contact Person | Launa Jameson | | Dawn Davidson | Dawn Davidson |

*Primary Closing Services Provider, Third Party Agent(s) of Primary Closing Services Provider and Additional Closing Services Provider(s) are individually and collectively referred to as "Closing Services Provider(s)."

## II. Transaction Information

| | |
|---|---|
| Owner Name(s) as they appear on the Unison HomeOwner Agreement documents (singly and collectively, "Owner"): | Allison Stanton |
| Property Address: | 16622 E Asbury Ave<br>Aurora, CO 80013 |
| Owner Preferred Contact: | Telephone Number: 720-277-8298 / 720-277-8298<br>Email Address: meechy2001@gmail.com |

## III. Transaction Dates

| | |
|---|---|
| Expected Signing Date: | 10/23/2018 |
| Expected Funding Date: | 10/29/2018 |
| Expected Recording Date: | 10/29/2018 |

**IV.** To be completed when any Closing Services Provider named above is a licensed escrow agent:

_______________________________________________, Closing Services Provider, is licensed by the State of CO, License Number ______________________________.

[*The remainder of this page is intentionally left blank.*]

**Owner's Initials:** AS ______/__________/__________/__________

## V. Conditions

- If Closing Services Provider is a licensed escrow agent, all requested information on page 1 Section IV of these instructions must be completed.
- Owner(s) and all necessary parties to properly execute Unison HomeOwner Agreement closing documents.
- Owner(s) and all necessary parties to comply with the conditions of approval and/or offer and closing instructions required by Unison.
- Owner(s) to sign copy of the application Signature/Name Affidavit, and disclosure(s) at closing. Signature/Name Affidavit must be notarized.
- Owner(s) to initial each page of the Closing Instructions.
- Only the following secured loan(s) may encumber the Property: QUICKEN LOANS with a principal balance of $247,330.00.
- Only the following secured loan(s) may encumber the Property: Aqua Finance with a principal balance of $26,940.00.
- Closing Services Provider(s) to provide a copy of unexpired legal documentation required to confirm each owner's identity (i.e., Driver's License, U.S. Passport, etc.).
- Closing Services Provider(s) to provide Unison with certified copies of the Memorandum of Unison HomeOwner Agreement, Unison HomeOwner Security Instrument, and Assignment of Unison HomeOwner Agreement.
- Closing Services Provider(s) to provide Unison a certified copy of the final Closing Statement within three days of closing.
- ***Closing Services Provider(s) to provide Unison conformed copies of the Memorandum of Unison HomeOwner Agreement, Unison HomeOwner Security Instrument, and Assignment of Unison HomeOwner Agreement within five days of recording.***

*** The accounts listed on the Schedule of Debts attached are to be paid in full at close of escrow. - Mortgage payoffs will be sent directly to the Mortgagor by the closing agent. Revolving and Installment debt payoff checks will be provided to the customer(s) by closing agent. Customers are then responsible for forwarding to the creditor(s).**

**Notice To and Acknowledgment Regarding Spouses, Partners and Co-Occupants - Who Are Not Signatories to the HomeOwner Agreement, executed by all appropriate parties. Spouse who are not on the Agreement must sign and have notarized at closing.**

**Deferred Maintainence Addendum to be executed at closing -**

**Owner's Initials:** A.J. / ________ / ________ / ________

© 2018, Unison

## VI. Instructions

Owner(s) and Unison Agreement Corp. ("Unison") agree to deliver documents and deposit funds as set forth herein and will authorize and instruct Closing Services Provider(s) to disburse said items subject to the following conditions:

**1. Execution of Instructions.** Closing Services Provider(s) shall execute and return the original of these Instructions to Unison along with the funding package.

**2. Closing Statements.** Unison shall provide to Closing Services Provider(s) the Unison HomeOwner Agreement Estimated Closing Statement for this transaction (see attached).

Closing Services Provider(s) shall then prepare the final Closing Statement. The final Closing Statement will be provided to Unison within three business days of the closing date.

**3. Closing Documents.**

a. Unison shall deliver via overnight courier to Closing Services Provider(s) the following original documents collectively referred to as the "Unison HomeOwner Agreement Closing Documents" (one original unless otherwise noted):

i. Unison HomeOwner Option Agreement*;

ii. Unison HomeOwner Covenant Agreement*;

iii. Memorandum of Unison HomeOwner Agreement (Recorded Memorandum) (* except in California, Massachusetts and Washington);

iv. Unison HomeOwner Security Instrument and any applicable Riders: Subordinated Unison Deed of Trust (or Mortgage) and Security Agreement (the "Security Instrument") (* in Maryland and Pennsylvania);

v. Assignment of Unison HomeOwner Agreement*;

vi. Signature/Name Affidavit (one original for each Owner); and

vii. Certification of Trust (if applicable).

***Items above shall be delivered to Closing Services Provider(s) signed and notarized, if applicable, by Unison.**

**4. Signing.**

a. The Unison HomeOwner Agreement Closing Documents must be signed by all Owners. Owner will sign the following original documents (collectively, the "Owner Documents"):

i. Unison HomeOwner Option Agreement;

ii. Unison HomeOwner Covenant Agreement;

iii. Memorandum of Unison HomeOwner Agreement (Recorded Memorandum)*;

iv. Unison Deed of Trust (or Mortgage) and Security Agreement (the "Security Instrument") and any applicable Riders*;

v. Signature/Name Affidavit (one original for each Owner)*;

vi. Certification of Trust (if applicable)*; and

vii. These Closing Instructions, initialed on each page where indicated

***These documents require the Closing Services Provider(s) to notarize Owners' execution of and other persons' joinders in.**

b. Closing Services Provider(s) shall ensure that Owner and joining signatories sign his/her name exactly as typed below (or above, as per State requirements) the signature line (including initials and suffixes if applicable) and that all signatures from the same individual are the same on each document he/she signs. Initials and/or suffixes are not to be included in a signature unless included in the typed name.

**5. Document Copies.**

a. On the Signing Date, Closing Services Provider(s) shall provide Owner a copy of each of the **fully executed** Unison HomeOwner Agreement documents as referenced in previous sections.

b. If property is located in an escrow (dry funding) state, Closing Services Provider(s) shall deliver to Unison 48 hours in advance of the requested Funding Date:

i. certified copies of the documents that will be recorded;

ii. the original of all other documents; and

iii. the conditions referenced in **Section V (Conditions)**.

**Owner's Initials:** [initials] / ________ / ________ / ________

c. If property is located in a non-escrow (wet funding) state, Closing Services Provider(s) shall deliver to Unison within 48 hours of signing the following:

   i. conformed copies of the recorded documents;

   ii. the original of all other documents; and

   iii. the conditions referenced in **Section V** (**Conditions**).

**6. Funding.** On or before the Funding Date, provided the Closing Services Provider(s) has/have performed the obligations under Sections 1 through 5 above, Unison will fund the Unison Investment Payment as designated by Closing Settlement Provider(s). Immediately upon delivery of the wire, Closing Settlement Provider(s) shall confirm to Unison its receipt by email to the Unison Contact listed in **Section I**.

**7. Recording.** Provided that Unison has authorized Closing Services Provider(s) in writing to do so, Closing Services Provider(s) shall cause the following documents to be recorded and *in the following order*:

a. Memorandum of Agreement

b. Security Instrument

c. Assignment of Unison HomeOwner Agreement.

**Walk-in or electronic recording of the above referenced documents is required**. Date down is to be completed to ensure lien priority. Mail away recordings are not authorized.

**8. Disbursement of Transaction Fee.** Unison will issue written authorization via email for the disbursement of its funds. This must be done in strict accordance with the Unison HomeOwner Agreement Closing Statement. **Closing Services Provider(s) shall remit the Unison transaction fee via wire to:**

| | |
|---|---|
| **Bank Name:** | First Republic Bank, Preferred Banking |
| | 111 Pine Street, San Francisco, CA 94111 |
| **ABA/Routing Number:** | 3210-81669 |
| **Bank Account Number:** | 800-0089-0807 |
| **Beneficiary:** | Unison Agreement Corp. |

**9. Cancellation.** Only if the transaction is cancelled without funding, Closing Services Provider shall refund the entirety of Unison's funds via wire to:

| | |
|---|---|
| **Bank Name:** | First Republic Bank |
| | 111 Pine Street, San Francisco, CA 94111 |
| **ABA/Routing Number:** | 3210-81669 |
| **Bank Account Number:** | 80006565123 |
| **SWIFT Code:** | FRBBUS6S |
| **Beneficiary:** | Unison Agreement Corp. |

**10. Conflicts.** In the event of a conflict between these Instructions and the Unison HomeOwner Agreement Closing Statement, these Instructions shall govern. **If for any reason this transaction does not close within 72 hours of receipt of funds by Closing Services Provider(s), the Closing Services Provider(s) is required to contact us immediately for instructions.**

**11. Post-Recording Deliveries.** Within five business days following the Closing Date, Closing Services Provider(s) shall deliver to Unison via email certified copies of the recorded Unison HomeOwner Agreement Closing Documents, conformed by notes on the first page of each document with the name of governmental recording agency or office, the recording date, the instrument number, an attestation by the Closing Services Provider(s) of the accuracy of such recording detail, and signed by the Closing Services Provider(s).

**12. Closing Services Provider(s).** Unison and Owner hereby acknowledge and agree that Closing Services Provider(s) is not a party to any agreement between Unison and Owner, and Closing Services Providers' duties, with respect to both Owner and Unison, are only to fulfill the instructions contained herein. Unison and Owner further acknowledge and agree that Closing Services Provider(s) acts only as Closing Services Provider(s) with respect to this transaction and are not agents of nor act on behalf of either Unison or Owner.

**Owner's Initials:** ________ / ________ / ________ / ________

**Agreed to and accepted:**

Unison Agreement Corp., a Delaware corporation

By: [signature]

Name: Ismael Casas, Jr.
Title: Vice President

Date: October 23, 2018

**Primary Closing Services Provider:**

BCHH, INC - CA
(company)

By: ____________________

Name: ____________________

Its: ____________________

Date: ____________________

**Additional Closing Services Provider(s) (if applicable):**

STEWART TITLE GUARANTY COMPANY (Ca) (company)

By: ____________________

Name: ____________________

Its: ____________________

Date: ____________________

____________________ (company)

By: ____________________

Name: ____________________

Its: ____________________

Date: ____________________

____________________ (company)

By: ____________________

Name: ____________________

Its: ____________________

Date: ____________________

**Owner:**

Sign: [signature]
Allison Stanton

Date: 10/24/18

**Owner:**

Sign: ____________________
Date: ____________________

**Owner:**

Sign: ____________________
Date: ____________________

**Owner:**

Sign: ____________________
Date: ____________________

© 2018, **Unison**