# Exhibit F

SUBORDINATION AGREEMENT
10/30/2018 10:28 AM RF: $23.00 DF: $0.00
Arapahoe County Clerk, CO
Page: 1 of 3 D8106907
Matt Crane, Clerk & Recorder
Electronically Recorded

After Recording, Please Mail to:
BCHH Inc.
181 Montour Run Road
Coraopolis, PA 15108

# SUBORDINATION AGREEMENT

THIS SUBORDINATION, made the 8 day of October, 2018, between AQUA FINANCE, INC., whose address is One Corporate Drive, Suite 300, Wausau, WI 54401 ("Subordinator"), and Unison Agreement Corp, with an address of PO Box 26800, San Francisco, CA 94126 ("Lender").

## Recitals:

1. ALLISON STANTON whose address is 16622 East Asbury Avenue, Aurora, CO 80013 ("Borrower"), has applied to Lender for a loan to be made to Borrower and to be evidenced by a promissory note secured by a mortgage covering certain real property, described more fully in Exhibit "A," attached hereto and incorporated herein for all purposes (the "Real Property").
2. The Real Property offered by Borrower as security to Lender is currently subject to the following prior lien:

   The lien to be subordinated was a UCC Financing Statement, made on 5/2/2018 and recorded on 5/2/2018 at Reception No. D8042774 in the records of Arapahoe County, Colorado (the "Prior Lien").
3. Lender will accept a mortgage from the borrower and make a new loan to Borrower only on the condition precedent that the above-referenced Prior Lien be subordinated to the Lender's mortgage, as set forth below.

NOW, THEREFORE, in consideration of the matters described above, and the mutual benefits and obligations set forth in this agreement, the parties agree as follows:

## Subordination:

The Prior Lien shall be and the same is now subordinated and made subject and subsequent to the lien of that certain mortgage covering the Real Property, referenced above, between ALLISON STANTON and AQUA FINANCE, INC.. The Prior Lien will continue to be subordinate to the lien of Unison Agreement Corp until the lien of Unison Agreement Corp is paid in full.

The amount to be subordinated is not to exceed $248,392.00.

This Subordination Agreement may not be changed or terminated orally, and it will bind and enure to the benefit of the parties hereto, their heirs or successors and assigns, as applicable.

[Signature Page Follows]

File 18069723

IN WITNESS WHEREOF, AQUA FINANCE, INC. has duly executed this agreement on the day and year written above.

SUBORDINATOR:

AQUA FINANCE, INC.

By: Scott J. Chittum

Its: Sr. Vice President

Witness

Printed Name: Maria Hernandez

Witness:

Printed Name Caitlynn Gestner

## ACKNOWLEDGMENT

STATE OF Wisconsin )
)
COUNTY OF Marathon )

This instrument was acknowledged before me on this 8 day of October, 2018 by Scott J Chittum for and on behalf of AQUA FINANCE, INC..

Notary Public

My Commission Expires: 11-22-21

TONYA R. SCHMIRLER NOTARY PUBLIC STATE OF WISCONSIN

Exhibit A
~~SCHEDULE A~~

## LEGAL DESCRIPTION

That certain real property situated in the City of Aurora, County of Arapahoe, State of , described as follows:

ALL THE REAL PROPERTY TOGETHER WITH IMPROVEMENTS, IF ANY, SITUATE, LYING AND BEING IN COUNTY OF ARAPAHOE AND STATE OF COLORADO, DESCRIBED AS FOLLOWS:

LOT 3, BLOCK 9, KINGSBOROUGH FILING NO. 4, COUNTY OF ARAPAHOE, STATE OF COLORADO.

SUBJECT TO TAXES FOR THE CURRENT YEAR AND SUBSEQUENT YEARS, EASEMENTS, RESERVATIONS, RESTRICTIONS, COVENANTS AND RIGHTS-OF-WAY OF RECORD IF ANY; AND DISTRIBUTION UTILITY EASEMENTS; AND MATTERS NOT SHOWN BY THE PUBLIC RECORDS BUT OF WHICH GRANTEE HAS ACTUAL KNOWLEDGE; AND INCLUSION OF THE PROPERTY WITHIN ANY SPECIAL TAXING DISTRICT; AND BENEFITS AND BURDENS OF ANY DECLARATION AND PARTY WALL AGREEMENTS, IF ANY AND SUBJECT TO THOSE EXCEPTIONS REFERRED TO IN TITLE INSURANCE COMMITMENT NO 4606-71921 ISSUED BY GUARDIAN TITLE AGENCY, LLC.

APN/Tax ID Number/Parcel Identification Number: 031449634

[end of legal description]


© 2018, Unison