IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge S. Kato Crews

Civil Action No.: 1:25-cv-01475-SKC

ODIN NEW HORIZON REAL ESTATE FUND LP,

    Petitioner,

v.

ALLISON STANTON,

    Respondent.

**AMENDED ORDER TO SHOW CAUSE
ISSUED TO RESPONDENT ALLISON STANTON
TO CHANGE THE DATE OF THE HEARING TO JUNE 18, 2025**

    This matter is before the Court on the Petition for Order to Show Cause Pursuant to Colo. Rev. Stat. § 38-35-204 filed by Petitioner Odin New Horizon Real Estate Fund LP. The Petition alleges Odin is the sole legal owner of real property located at 16622 East Asbury Avenue, Aurora, Colorado 80013 (Property). Dkt. 1, p.1. The Petition is supported by the Affidavit of Robert Carbone and includes copies of the six allegedly invalid liens or documents that Respondent Allison Stanton allegedly filed to encumber the Property.

    The Court, now being advised in the matter, **ORDERS that Respondent Allison Stanton appear before the Court on <u>June 18, 2025</u>, at 10:00 a.m., in Courtroom 201 of the United States District Court for the District of**

1

**Colorado, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado**, and at that time and place **Show Cause** why Respondent's liens or other documents (attached as Exhibits K – P to the Petition)[1] should not be declared invalid and released, and why costs and attorney's fees should not be awarded to Petitioner.

Respondent is hereby notified that if she fails to appear at the above time and place, her liens or other documents (attached as Exhibits K – P to the Petition) that encumber the Property, if found by the Court to be spurious, will be declared invalid and released, and the Court will award costs, including reasonable attorney's fees, to the Petitioner. *See* Colo. Rev. Stat. § 38-35-204.

The Court **FURTHER ORDERS** Petitioner to promptly personally serve Respondent, consistent with the requirements of Fed. R. Civ. P. 4, with a copy of a Summons, the Petition and its exhibits, and this Amended Order to Show Cause, and to promptly file the return of service once service is effectuated.

---

[1] The documents associated with these Exhibits are as follows and were all filed in the real property records of the Arapahoe County Clerk:
  a. Exhibit K: Uniform Commercial Code (UCC) financing statement recorded November 12, 2024, at **Reception No. E4074221**;
  b. Exhibit L: Document titled "Redeem in Lawful Money" recorded December 19, 2024, at **Reception No. E4082873**;
  c. Exhibit M: Grant Deed recorded December 26, 2024, at **Reception No. E4083609**;
  d. Exhibit N: Document titled "Redeem in Lawful Money" recorded December 27, 2024, at **Reception No. E4083856**;
  e. Exhibit O: Grant Deed recorded December 31, 2024, at **Reception No. E4084865**; and
  f. Exhibit P: Document entitled "Redeem in Lawful Money" recorded January 14, 2025, at **Reception No. E5003356**.

DATED: May 28, 2025.

BY THE COURT:

_____
S. Kato Crews
United States District Judge

3